UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------ X

RENAY LYNCH,

                            Plaintiff,

    -against-

The TOWN OF AMHERST, Michael J. Melton, Joseph LaCorte, Raymond Klimczak, and the COUNTY OF ERIE,

                            Defendants.

------------------------------------------------ X

**Index No: 1:25-cv-00075**

### NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF KAREN A. NEWIRTH

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Luna Droubi, with exhibits, a motion will be made before this Court at the United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, before the Honorable Lawrence J. Vilardo, at a date and time to be designated by the Court, for an Order pursuant to Local Rule of Civil Procedure 83.1(c) permitting Karen A. Newirth of Newirth Linehan PLLC to appear *pro hac vice* on behalf of Plaintiff Renay Lynch, along with any other and further relief that this Court may deem proper. Oral argument is not requested.

Dated:      April 2, 2025
            New York, NY

                                                                        BELDOCK LEVINE & HOFFMAN LLP

                                                                        _____

Luna Droubi
99 Park Ave., PH/26th Floor
New York, NY 10016
ldroubi@blhny.com
212-277-5875

*Attorneys for Plaintiff*