UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RENAY LYNCH,

       Plaintiff,

v.                                                               **Case No. 1:25-cv-00075-LJV**

THE TOWN OF AMHERST, MICHAEL J. MELTON,
JOSEPH LaCORTE, RAYMOND KLIMCZAK and THE
COUNTY OF ERIE,

       Defendants.

---

## COUNTY OF ERIE'S NOTICE OF MOTION
## IN SUPPORT OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated April 17, 2025, Defendant County of Erie (the "County"), by and through its attorneys, Lippes Mathias LLP, hereby moves, pursuant to Federal Rules of Civil Procedure 12(b)(6), to dismiss all claims asserted against it in their entirety, together with any such other and further relief the Court deems just and proper.  Pursuant to Local Rule 7(a)(1), the County intends to file reply papers.

Dated:       Buffalo, New York
                April 17, 2025

                                                      **LIPPES MATHIAS LLP**

                                                        *s/Kirstie A. Means*
                                                        Jennifer C. Persico, Esq.
                                                        Brian C. Mahoney, Esq.
                                                        Kirstie A. Means, Esq.
                                                        *Attorneys for Defendant, County of Erie*
                                                        50 Fountain Plaza, Suite 1700
                                                        Buffalo, New York 14202
                                                       (716) 853-5100
                                                       jpersico@lippes.com
                                                       bmahoney@lippes.com
                                                      kmeans@lippes.com