**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

RENAY LYNCH,

                                        Plaintiff,

          -against-

The TOWN OF AMHERST, Michael J. Melton,
Joseph LaCorte, Raymond Klimczak, and the
COUNTY OF ERIE,

                                        Defendants.

**25-cv-00075-LJV**

### DECLARATION OF ATTORNEY LUNA DROUBI:

I, Luna Droubi, declare under penalty of perjury as follows pursuant to 28 U.S.C. § 1746:

1.        I am an attorney for Renay Lynch.

2.        On March 3, 2025, I reached out to counsel for the Amherst Defendants by phone and email.

3.        After receiving no response, I again reached out to counsel for the Amherst Defendants by phone and with an email follow-up on March 12, 2025.

4.        In the March 12, 2025 exchange, I mistakenly identified February 24, 2025, as being the deadline for the Individual Defendants to respond to Plaintiff's complaint. The actual deadline for the Individual Defendants to respond was February 21, 2025.

5.        The screenshots attached heretofore as **Exhibit 1** are a true and accurate representation of my email exchanges with counsel for Amherst Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2025, in New York, New York.

                                        /s/ Luna Droubi
                                        Luna Droubi

# EXHIBIT 1

**From:** Luna Droubi
**Sent:** Tuesday, March 4, 2025 3:02 PM
**To:** Michael F. Perley <MFP@hurwitzfine.com>
**Subject:** FW: Activity in Case 1:25-cv-00075-LJV Lynch v. The Town of Amherst et al Notice of Appearance

Hi Mike,

Hope all is well. I left you a voicemail—I was hoping we could connect about the *Lynch* case at some point in the next day or so?

Thanks,
Luna

· · ·

RE: Lynch v. Town of Amherst et al. - 25-cv-00075-LJV

**From** Luna Droubi <ldroubi@blhny.com>
**Date** Wed 3/12/2025 12:15 PM
**To** Michael F. Perley <MFP@hurwitzfine.com>
**Cc** jane@fblaw.org <jane@fblaw.org>; Karen A. Newirth <karen@newirthlinehan.com>; Karen Dippold <kdippold@blhny.com>; Marc Cannan <mcannan@blhny.com>; Tala Alfoqaha <talfoqaha@blhny.com>

Hi Michael,

Strange, I did not receive that call. We consent to an application for an extension of time to respond to the Complaint for the Town Amherst and the individual Amherst officers *nunc pro tunc* to April 15.

Luna

**Luna Droubi (she/her) | Partner**
**Beldock Levine & Hoffman LLP**
**99 Park Avenue, PH/26th Fl. | New York, NY 10016**
**Tel: (212) 277-5875 | Fax: (212) 277-5880**
LDroubi@blhny.com | http://www.blhny.com

This message is sent by an attorney and may contain information that is privileged or confidential. If you received this message in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Michael F. Perley <MFP@hurwitzfine.com>
**Sent:** Wednesday, March 12, 2025 8:34 AM
**To:** Luna Droubi <ldroubi@blhny.com>
**Subject:** Re: Lynch v. Town of Amherst et al. - 25-cv-00075-LJV

Luns

I called you office to request an extension but did not receive a reply. I would request an extension to April 15 as I have been in trial. I will be representing all Amherst defendants.

Sent from my iPhone

> On Mar 12, 2025, at 8:27 AM, Luna Droubi <ldroubi@blhny.com> wrote:
>
> Dear Michael,
>
> I'm sorry that we have continued to play phone tag. I was calling to let you know that, based on our calculations, both the Town of Amherst and the individual Amherst officers have defaulted on responding to the complaint by over 2 weeks (February 20 for Amherst and February 24 for the individual officers). We wanted to touch base with you to let you know. We'd also like to know whether you will be representing the individual officers. Additionally, a number of the witnesses and officers in this case may have serious health conditions. We would like your position on accelerating depositions for purposes of preserving testimony. Let us know if a call would be helpful.
>
> Thanks,
> Luna
>
> **Luna Droubi (she/her) | Partner**
> **Beldock Levine & Hoffman LLP**
> **99 Park Avenue, PH/26th Fl. | New York, NY 10016**
> **Tel: (212) 277-5875 | Fax: (212) 277-5880**
> LDroubi@blhny.com | http://www.blhny.com
>
> This message is sent by an attorney and may contain information that is privileged or confidential. If you received this message in error, please notify the sender by reply e-mail and delete the message and any attachments.