BELDOCK LEVINE & HOFFMAN LLP

99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:
862000.00001
WRITER'S DIRECT CONTACT:
ldroubi@blhny.com
212-277-5875

October 9, 2025

**VIA ECF**

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

   Re: *Lynch v. Town of Amherst et al.*, No.: 25-cv-00075

Your Honor:

  Pursuant to the Court's September 30, 2025 Order of Preliminary Pretrial Conference, the Parties conferred at least 21 days prior to the Rule 16(b) hearing currently scheduled for October 24, 2025 and have agreed on dates provided in the enclosed Proposed Case Management Order.

               Respectfully,

               Luna Droubi

cc: *All Counsel of Record*