UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RENAY LYNCH,

Plaintiff(s),

v.

TOWN OF AMHERST, COUNTY OF ERIE, et al.,

Defendant(s).

***MEDIATION CERTIFICATION***

25 - cv - 0075

I hereby certify that:

☐ The mediation session scheduled for____________ has been adjourned to ____________.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on 12/30/25.

- ☐ ***Case has settled.*** (Comment if necessary).
- ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on_________.
- ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.
- ☑ ***Case has not settled.*** Mediation will continue on 03/06/2026.
- ☐ ***Case has not settled.***

***Date:*** 12/30/2025

***Mediator: /S/*** Steven V. Modica

***Additional Comments:***