**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

RENAY LYNCH,

                 Plaintiff

       v.

The TOWN OF AMHERST, Michael J. Melton, Joseph LaCorte, Raymond Klimczak, and the COUNTY OF ERIE, et al.,

                      Defendants.

**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

**Case No. 25-cv-75 (LJV)(JJM)**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Karen A. Newirth, dated June 25, 2026, and the exhibits annexed thereto, and upon the accompanying Memorandum of Law, Plaintiff Renay Lynch will move this Court, before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, on a date and at a time to be set by the Court, for an Order, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, granting Plaintiff leave to file the proposed First Amended Complaint annexed as Exhibit A to the Newirth Declaration, deeming the First Amended Complaint filed and served as of the date of the Court's Order, and granting such other and further relief as the Court deems just and proper.

This motion is made in accordance with the Court's April 13, 2026 order that any motion for leave to amend the pleadings be filed within seven days of Judge Vilardo's decision on Defendant County of Erie's motion for reconsideration (Dkt. 72), which the Court denied on June 18, 2026 (Dkt. 78). Defendant County of Erie does not consent to the proposed amendment. Defendant Town of Amherst, Michael J. Melton, Joseph LaCorte, Raymond Klimczak did not respond to repeated requests for their position.

1

Any opposing and reply papers shall be filed and served in accordance with Local Rule of

Civil Procedure Rule 7.

Dated: New York, New York
June 25, 2026

**FISHER & BYRIALSEN PLLC**
99 Park Avenue, PH Suite / 26th Floor
New York, NY 10016
(303) 256-6345

/s/ Jane Fisher-Byrialsen

_____

Jane Fisher-Byrialsen
David Nathan Fisher

**BELDOCK LEVINE & HOFFMAN LLP**
99 Park Avenue, PH Suite / 26th Floor
New York, NY 10016
(212) 490-0400

_____

Luna Droubi
Marc Cannan
Karen Dippold
Tala Alfoqaha

**NEWIRTH LINEHAN PLLC**
99 Park Avenue, PH
New York, NY 10036
(917) 426-5551

_____

Karen A. Newirth
Charles F. Linehan

*Attorneys for Plaintiff Renay Lynch*

2