

**HURWITZ FINE** PC

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Michael F. Perley, Esq.**
mfp@hurwitzfine.com

July 6, 2026

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

      RE:   *Renay Lynch v. Town of Amherst*
           Case No.:  1:25-cv-00075

Dear Judge McCarthy:

As the Court is aware, our office represents the Amherst Defendants in the above-referenced litigation.

We are in receipt of the Court's text order requiring responses to Plaintiff's Motion to Amend the Complaint to be filed by Tuesday, July 7, 2026. We are in the process of obtaining documentary evidence for us to properly contest Plaintiff's application and request that the date for responses to be filed be moved to July 10 2026 to allow sufficient time for us to do so.

We appreciate your consideration of this request.

              Respectfully submitted,

              HURWITZ FINE P.C.

              Michael F. Perley

MFP:lr